**Alan L. BIRNBAUM et al.**

v.

**JOHNSON & WALES COLLEGE et al.**

No. 79-517-M.P.

Supreme Court of Rhode Island.

March 27, 1980.

DiSandro Associates, Edmond A. DiSandro, Providence, for petitioners.

William J. McGair, Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.